# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Dennis Morgan,                            :
              Appellant  :
                   :
        v.                        :        No. 1984 C.D. 2015
                   :
Southeastern Pennsylvania                 :
Transportation Authority                  :

## O R D E R

NOW, August 26, 2016, upon consideration of appellant's application for reargument en banc and appellee's answer in response thereto, the application is denied.

 

                                         MARY HANNAH LEAVITT,
                                         President Judge